E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK J. FERNANDEZ Plaintiff,

vs.

SUSAN RISEN HOOVER, FNP. Et. AL Defendant.

CASE NO. CV 08 1266

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

CRB

(PR)

I, FRANK J. FERNANDEZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ☐  No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ ∅ _____  Net: _____ ∅ _____

Employer: _____

_____

- 1 -

141

1 | If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

    NONE.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

   a. Business, Profession or self employment                                Yes ☐  No ☑
   b. Income from stocks, bonds, or royalties?                               Yes ☐  No ☑
   c. Rent payments?                                                          Yes ☐  No ☑
   d. Pensions, annuities, or life insurance payments?                       Yes ☐  No ☑
   e. Federal or State welfare payments, Social Security or other government source?  Yes ☐  No ☑

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?                                                          Yes ☐  No ☑

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____∅_____  Net $_____∅_____

4.  a.  List amount you contribute to your spouse's support:$ _____

- 2 -

/ 4 2

1      b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

    *NONE*

5. Do you own or are you buying a home?    Yes ☐   No ☑
Estimated Market Value: $ _0_    Amount of Mortgage: $ _0_

6. Do you own an automobile?    Yes ☐   No ☑
Make _____ Year _____ Model _____
Is it financed? Yes ☐   No ☐   If so, Total due: $ _0_
Monthly Payment: $ _0_

7. Do you have a bank account? Yes ☐   No ☑ (Do not include account numbers.)
Name(s) and address(es) of bank: _____

Present balance(s): $ _0_
Do you own any cash? Yes ☐   No ☑   Amount: $ _0_
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ☐   No ☑

8. What are your monthly expenses?
Rent: $ _0_      Utilities: _0_
Food: $ _0_      Clothing: _0_
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| NONE | $ 0 | $ 0 |
|  | $ 0 | $ 0 |
|  | $ 0 | $ 0 |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NONE

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☐ No ☑ Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

NONE

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-7-2008
DATE

Frank L. Fernandez
SIGNATURE OF APPLICANT

Case Number: _____

Case Number: _____

## CERTIFICATION OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Frank Joseph Fernandez D61222</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>75.74</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>309.74</u>.   (20%= $61.95)

Dated: <u>2/15/08</u>                                      _____
                                                                      Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

```
REPORT ID: TS3030   .701                                          REPORT DATE: 02/13/08
                                                                  PAGE NO:         1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                    PELICAN BAY STATE PRISON
                  INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 13, 2008

ACCOUNT NUMBER : D61222                BED/CELL NUMBER: DF03L 000000110L
ACCOUNT NAME   : FERNANDEZ, FRANK JOSEPH    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                        TRUST ACCOUNT ACTIVITY
```

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/01/2007 | | BEGINNING BALANCE | | | | | 189.30 |
| 08/02 | FC05 | DRAW-FAC 5 | 0550 | D-3 | | 45.00 | 144.30 |
| 08/03 | W502 | POSTAGE CHARG | 0579 | | | 0.02 | 144.28 |
| 08/03 | W502 | POSTAGE CHARG | 0579 | | | 0.02 | 144.26 |
| 08/03 | W502 | POSTAGE CHARG | 0579 | | | 0.02 | 144.24 |
| 08/07 | W502 | POSTAGE CHARG | 0652 | | | 0.02 | 144.22 |
| 08/07 | W502 | POSTAGE CHARG | 0652 | | | 0.02 | 144.20 |
| 08/13 | W502 | POSTAGE CHARG | 0740 | | | 0.02 | 144.18 |
| 08/13 | W502 | POSTAGE CHARG | 0741 | | | 0.02 | 144.16 |
| 08/13 | W502 | POSTAGE CHARG | 0741 | | | 0.02 | 144.14 |
| 08/14 | W502 | POSTAGE CHARG | 0774 | | | 0.52 | 143.62 |
| 08/14 | W502 | POSTAGE CHARG | 0774 | | | 0.41 | 143.21 |
| 08/15 | W502 | POSTAGE CHARG | 0789 | | | 1.82 | 141.39 |
| 08/15 | W502 | POSTAGE CHARG | 0789 | | | 0.41 | 140.98 |
| 08/17 | W502 | POSTAGE CHARG | 0834 | | | 0.02 | 140.96 |
| 08/17 | W502 | POSTAGE CHARG | 0835 | | | 0.41 | 140.55 |
| 08/17 | W502 | POSTAGE CHARG | 0835 | | | 0.41 | 140.14 |
| 08/17 | W502 | POSTAGE CHARG | 0835 | | | 0.02 | 140.12 |
| 08/17 | W502 | POSTAGE CHARG | 0835 | | | 0.02 | 140.10 |
| 08/20 | D300 | CASH DEPOSIT | 0846 | #34 | 50.00 | | 190.10 |
| 08/21 | W502 | POSTAGE CHARG | 0880 | | | 0.02 | 190.08 |
| 08/21 | W502 | POSTAGE CHARG | 0880 | | | 0.02 | 190.06 |
| 08/21 | W502 | POSTAGE CHARG | 0880 | | | 0.41 | 189.65 |
| 08/22 | D300 | CASH DEPOSIT | 0891 | RF#78 | 23.50 | | 213.15 |
| 08/22 | W502 | POSTAGE CHARG | 0899 | | | 0.92 | 212.23 |
| 08/22 | W502 | POSTAGE CHARG | 0912 | | | 0.02 | 212.21 |
| 08/22 | W502 | POSTAGE CHARG | 0912 | | | 0.90 | 211.31 |
| 08/23 | W502 | POSTAGE CHARG | 0929 | | | 0.02 | 211.29 |
| 08/23 | W502 | POSTAGE CHARG | 0929 | | | 0.02 | 211.27 |
| 08/24 | D300 | CASH DEPOSIT | 0946 | #38 | 100.00 | | 311.27 |
| 08/27 | W835 | REVERSE COPAY | 0954M06/27 | | | 5.00- | 316.27 |
| 08/28 | W502 | POSTAGE CHARG | 0982 | | | 0.41 | 315.86 |
| 08/28 | W502 | POSTAGE CHARG | 0982 | | | 0.41 | 315.45 |
| 08/28 | W502 | POSTAGE CHARG | 0982 | | | 0.02 | 315.43 |
| 08/28 | W502 | POSTAGE CHARG | 0996 | | | 0.41 | 315.02 |
| 08/28 | W502 | POSTAGE CHARG | 0996 | | | 0.41 | 314.61 |
| 08/28 | W502 | POSTAGE CHARG | 0996 | | | 0.26 | 314.35 |
| 09/05 | FC05 | DRAW-FAC 5 | 1083 | D-3 | | 45.00 | 269.35 |
| 09/05 | W502 | POSTAGE CHARG | 1101 | | | 0.41 | 268.94 |
| 09/05 | W502 | POSTAGE CHARG | 1101 | | | 0.41 | 268.53 |
| 09/05 | W502 | POSTAGE CHARG | 1101 | | | 0.41 | 268.12 |
| 09/05 | W502 | POSTAGE CHARG | 1101 | | | 0.41 | 267.71 |
| 09/05 | W502 | POSTAGE CHARG | 1101 | | | 0.41 | 267.30 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Klippin
TRUST OFFICE      1 of 3

```
REPORT ID: TS3030  .701                                              REPORT DATE: 02/13/08
                                                                     PAGE NO:         2
                              PELICAN BAY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 13, 2008

ACCT:   D61222            ACCT NAME: FERNANDEZ, FRANK JOSEPH          ACCT TYPE: I
        TRAN
DATE    CODE  DESCRIPTION      COMMENT        CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------  ----  ---------------  -------------  ---------   --------   -----------   -------
09/06   W501  SHIPPING CHAR    1134/FEDEX                                 6.12      261.18
09/06   W517  WRAP/S           1134/FEDEX                                 0.50      260.68
09/07   D300  CASH DEPOSIT     1136 #47                    50.00                    310.68
09/12   D300  CASH DEPOSIT     1232 #50                    10.00                    320.68
09/17   W502  POSTAGE CHARG    1307                                       0.26      320.42
09/17   W502  POSTAGE CHARG    1307                                       0.26      320.16
09/17   W502  POSTAGE CHARG    1307                                       0.41      319.75
09/17   W502  POSTAGE CHARG    1307                                       0.41      319.34
09/19   W502  POSTAGE CHARG    1344                                       0.41      318.93
09/19   W502  POSTAGE CHARG    1344                                       0.41      318.52
09/19   W502  POSTAGE CHARG    1344                                       0.41      318.11
09/19   W502  POSTAGE CHARG    1344                                       0.41      317.70
09/19   W502  POSTAGE CHARG    1344                                       0.26      317.44
09/19   W502  POSTAGE CHARG    1344                                       0.41      317.03
09/19   W502  POSTAGE CHARG    1344                                       0.26      316.77
09/20   W502  POSTAGE CHARG    1376                                       0.41      316.36
09/24   W502  POSTAGE CHARG    1394                                       0.41      315.95
09/24   W502  POSTAGE CHARG    1393                                       0.41      315.54
09/24   W502  POSTAGE CHARG    1393                                       0.26      315.28
09/25   W502  POSTAGE CHARG    1432                                       0.41      314.87
09/26* W502  POSTAGE CHARG    1464                                       0.26      314.61
09/26* W502  POSTAGE CHARG    1464                                       0.41      314.20
10/01   W502  POSTAGE CHARG    1518                                       1.31      312.89
10/01   W502  POSTAGE CHARG    1518                                       1.31      311.58
10/02   FC05  DRAW-FAC 5       1552 D-3                                  45.00      266.58
10/04   W502  POSTAGE CHARG    1634                                       1.31      265.27
10/10   W415  CASH WITHDRAW    1696 CKREQ 283148504                      58.80      206.47
10/16   W502  POSTAGE CHARG    1786                                       0.02      206.45
10/17   D300  CASH DEPOSIT     1792 #75                    50.00                    256.45
10/18   D300  CASH DEPOSIT     1808 RF#93                   5.95                    262.40
10/23   W502  POSTAGE CHARG    1880                                       0.02      262.38
10/23   W502  POSTAGE CHARG    1880                                       0.02      262.36
10/23   W502  POSTAGE CHARG    1880                                       0.02      262.34
10/23   W502  POSTAGE CHARG    1880                                       0.02      262.32
11/05   W502  POSTAGE CHARG    2065                                       1.14      261.18
11/05   W502  POSTAGE CHARG    2065                                       6.20      254.98
11/05   W502  POSTAGE CHARG    2065                                       0.02      254.96
11/05   W502  POSTAGE CHARG    2065                                       0.02      254.94
11/05   FC05  DRAW-FAC 5       2038 D-3                                  45.00      209.94
11/06   W502  POSTAGE CHARG    2106                                       0.02      209.92
11/06   W502  POSTAGE CHARG    2106                                       0.02      209.90
11/06   W502  POSTAGE CHARG    2106                                       0.02      209.88
11/13   W502  POSTAGE CHARG    2196                                       1.14      208.74
11/26   W502  POSTAGE CHARG    2316                                       0.02      208.72
12/04   FC05  DRAW-FAC 5       2412 D3                                   45.00      163.72
12/11   D300  CASH DEPOSIT     2525 #111                   20.00                    183.72
12/11   W536  COPAY CHARGE     2527M12/06                                 5.00      178.72
12/14   W502  POSTAGE CHARG    2565                                       0.02      178.70
12/14   D300  CASH DEPOSIT     2561 #114                   20.00                    198.70
12/21   D300  CASH DEPOSIT     2667 #120                   25.00                    223.70
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] Kleppin 293
TRUST OFFICE

```
                        PELICAN BAY STATE PRISON
                        INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 13, 2008

ACCT:  D61222         ACCT NAME: FERNANDEZ, FRANK JOSEPH        ACCT TYPE: I
         TRAN
DATE     CODE  DESCRIPTION         COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----    ----  -----------         -------    ---------   --------   -----------   -------
12/27    D310  CHECK DEPOSIT       2711 #122                50.00                  273.70
12/28    D300  CASH DEPOSIT        2734 #124                50.00                  323.70
         ACTIVITY FOR 2008
01/03    FC05  DRAW-FAC 5          2809 D-3                             45.00      278.70
01/09    W502  POSTAGE CHARG       2911                                  0.41      278.29
01/17    W516  LEGAL COPY CH       3063                                  0.10      278.19
01/17    W516  LEGAL COPY CH       3066                                  0.60      277.59
01/22    W502  POSTAGE CHARG       3115                                  0.02      277.57
01/22    W502  POSTAGE CHARG       3115                                  0.02      277.55
01/22    W502  POSTAGE CHARG       3130                                  0.02      277.53
01/24    W512  LEGAL POSTAGE       3163                                  0.97      276.56
01/24    W502  POSTAGE CHARG       3181                                  1.14      275.42
01/24    W502  POSTAGE CHARG       3181                                  1.14      274.28
01/25    W502  POSTAGE CHARG       3197                                  1.48      272.80
01/25    W502  POSTAGE CHARG       3197                                  1.14      271.66
02/04    FC05  DRAW-FAC 5          3361 D-3                             45.00      226.66

                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL          TOTAL         CURRENT        HOLDS         TRANSACTIONS
   BALANCE        DEPOSITS       WITHDRAWALS   BALANCE        BALANCE       TO BE POSTED
   ---------      --------       -----------   -------        -------       ------------
    189.30         454.45          417.09       226.66          0.00             0.00

                                                              CURRENT
                                                              AVAILABLE
                                                              BALANCE
                                                              ---------
                                                               226.66
```

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-15-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] J Kleppin  3 of 3
TRUST OFFICE

Case Number: __N/A__

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __FRANK J FERNANDEZ__ for the last six months at
(prisoner's name)

__PELICAN BAY STATE PRISON__ where (s)he is confined.
(name of institution)

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _____.

Dated: _____            _____
                                  (Authorized officer of the institution)

-5-