IN R.
FRANK J FERNANDEZ
  V.
S. RISENHOOVER, Fno. Et...

CASE NO. CV-08 1266 CRB

FILED
08 JUN 26 PM 12:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEAR CLERK,                                         6-23-08

    I am writing to ask for an updated docket sheet. And a status of the filing fee payment. I had sent the total amount for the filing fee and would like a copy of the receipt for my own records and file.
    I thank you for your time and consideration.

Cordially,
Frank J Fernandez

Frank J. Fernandez
D-16122  D3-110
P O Box 7500
Crescent City, CA 95532

Confidential Legal Mail

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



MAILED FROM ZIPCODE 95531

Office of the Clerk,
United States, Northern District Court
450 Golden Gate Ave.
San Francisco, CA 94102

9410236611 0004

